JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH LEE TOWNSEND, <br><br> Plaintiff, <br><br> v. <br><br> ALEX VILLANUEVA et al., <br><br> Defendants. | No. CV 20-06446-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice.

Date:  October 21, 2020

_____
STEPHEN V. WILSON
United States District Judge