JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH LEE TOWNSEND, <br><br> Plaintiff, <br><br> v. <br><br> ALEX VILLANUEVA et al., <br><br> Defendants. | Case No. CV 20-06446-SVW (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's motion for summary judgment is denied, Defendant's motion for summary judgment is granted, and this case is dismissed with prejudice.

Date: February 13, 2023

_____
STEPHEN V. WILSON
United States District Judge